# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2022

April 7, 2022

MEMO ENDORSED

Still OK

*Colleen McMahon*
4/8/2022

**Via ECF**

Hon. Colleen McMahon
United States District Judge
Chief U.S. District Judge
500 Pearl Street, Room 2550
New York, NY 10007

Re: **Melany Clausen v. Cushman & Wakefield U.S., Inc.
and C&W Facility, Services, Inc.
Docket No. 1:21-cv-06022**

Dear Judge McMahon:

I represent the Plaintiff in the above referenced matter. I write on behalf of Plaintiff and Defendants (collectively the "Parties") to follow up on the Parties' March 28, 2022 joint letter seeking an extension of discovery.

The Parties are pleased to advise the Court that we have completed all outstanding depositions. There are a few document requests resulting from the third-party depositions, but discovery is otherwise complete. The Parties have discussed the materials to be submitted with the Joint Pre-Trial Order, as well as Defendants contemplated Motion For Summary Judgment. The Parties respectfully request that the Joint Pre-Trial Order be due on June 10, 2022. One prior request to adjourn discovery was granted on February 23, 2022 (docket #21).

We thank the Court for its consideration in this regard.

Respectfully submitted,

BRIAN HELLER

cc: Mary A. Smith, Esq. – via ECF